JUDGE'S COURTESY COPY

FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ROBERT C. FLEET,

    Plaintiff,

    vs.

PRECISION DYNAMICS
CORPORATION LONG TERM
DISABILITY PLAN; STANDARD
INSURANCE COMPANY; PRECISION
DYNAMICS CORPORATION; FABIAN
GRIJALVA; ALICE WARRICK, DOES
1-10,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 10-3117 SVW (JEMx)

**[PROPOSED] ORDER UPON
STIPULATION FOR DISMISSAL
WITH PREJUDICE**

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. CV 10-3117-SVW (JFMx) is dismissed in its entirety as to all defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: January _13_, 2011

_____
Hon. Stephen V. Wilson
United States District Judge

1

Case No. CV 10-3117 SVW (JEMx)
[PROPOSED] ORDER UPON STIPULATION
FOR DISMISSAL WITH PREJUDICE

115589.1